1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CECIL JEROME HATCHETT,                    No.  2:22-cv-1361 DJC AC P

12                  Petitioner,

13          v.                                  ORDER

14    KEN CLARK,

15                  Respondent.

16

17          Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed

18    an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter

19    was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B)

20    and Local Rule 302.

21          On May 31, 2023, the Magistrate Judge issued findings and recommendations

22    herein which were served on Petitioner, and which contained notice to Petitioner that

23    any objections to the findings and recommendations were to be filed within fourteen

24    days.  (ECF No. 9.)  Petitioner has filed objections to the findings and

25    recommendations.  (ECF No. 10.)

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

27    304, this Court has conducted a *de novo* review of this case.  Having carefully

28    reviewed the entire file, the Court finds the findings and recommendations to be

                                              1

1    supported by the record and by proper analysis.

2        Accordingly, IT IS HEREBY ORDERED that:

3        1.  The findings and recommendations issued May 31, 2023 (ECF No. 9), are

4 ADOPTED in full;

5        2.  Petitioner's application for a petition for writ of habeas corpus is DISMISSED

6 with prejudice as successive.  *See* 28 U.S.C. § 2244(a), and

7        3.  The Court declines to issue the certificate of appealability referenced in 28

8 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a

9 constitutional right.  See 28 U.S.C. § 2253(c)(2).

10

11        IT IS SO ORDERED.

12 Dated:    **June 17, 2023**

                                        Hon. Daniel J. Calabretta

13                                         UNITED STATES DISTRICT JUDGE

14

15

16

17

18 hatc1361.804.hc

19

20

21

22

23

24

25

26

27

28